# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 96 WAL 2017 |
| Petitioner | : | |
| | : | Petition for Allowance of Appeal from |
| | : | the Order of the Superior Court |
| v. | : | |
| SHAWN EDWARD LEE, | : | |
| Respondent | : | |
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 97 WAL 2017 |
| Petitioner | : | |
| | : | Petition for Allowance of Appeal from |
| | : | the Order of the Superior Court |
| v. | : | |
| SHAWN EDWARD LEE, | : | |
| Respondent | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 16th day of August, 2017, the Petition for Allowance of Appeal is **DENIED**.